a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MARCOS LIMA PEREZ,<br>Petitioner | CIVIL DOCKET NO. 1:26-CV-04351 SEC P |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| WARDEN CENTRAL LOUISIANA ICE PROCESSING CENTER ET AL,<br>Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

## MEMORANDUM ORDER

Petitioner Marcos Lima-Perez ("Lima-Perez") is a native of Mexico who alleges that he entered the United States without inspection as a child approximately 23 years ago. ECF No. 1 at 1. He was released on immigration bond in July 2018, and his removal proceedings were dismissed in December 2021, after which his bond was satisfied and refunded. *Id.* at 6. Lima-Perez has been in ICE custody since September 19, 2026, and is currently detained at the Central Louisiana ICE Processing Center in Jena, Louisiana. *Id.* at 5, 7. He challenges his renewed detention without notice or individualized review, asserting that his prior release and the subsequent dismissal of proceedings give rise to distinct due-process protections. *Id.* at 7-13. According to EOIR's automated case information system, the immigration judge granted Lima-Perez voluntary departure on November 12, 2026, and the deadline to appeal is December 14, 2026.

Lima-Perez acknowledges the adverse statutory holding in *Buenrostro-Mendez v. Bondi*, 166 F.4th 494 (5th Cir. 2026), and preserves his contrary statutory position for further review. *Id.* at 8, 14–15.

Days after Lima-Perez filed the Petition, the Fifth Circuit issued its en banc decision in *Sosnava Rodriguez v. Vergara*, No. 26-50183, 2026 WL 3181188 (5th Cir. Oct. 23, 2026).

Accordingly, IT IS ORDERED that, within 14 days of this Order, Lima-Perez shall file a supplemental memorandum, not exceeding seven (7) pages, addressing the effect of *Sosnava Rodriguez* on his claims. The memorandum shall specifically address whether his prior bond release, the subsequent dismissal of removal proceedings and cancellation of the bond, and his renewed detention provide a factual or legal basis for distinguishing his procedural and substantive due process claims from those decisions. Lima-Perez shall also identify any statutory or regulatory claim that he contends remains available for adjudication in this Court, as distinguished from a position preserved solely for further review. Lima-Perez should identify the voluntary departure deadline, whether an appeal has been filed or waived, and what effect that decision has on the statutory basis for his continued detention and the relief requested in this proceeding.

SIGNED on Wednesday, November 18, 2026.

JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE